**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-CIV-61229-RAR**

**JOEL ALIDES RODRIGUEZ**

   Plaintiff,

v.

**SONIA QUINONES**, *in her official Capacity as Chief of the Hallandale Police Department*, *et al.*,

   Defendants.
_____/

**ORDER TO PERFECT SERVICE**

**THIS CAUSE** comes before the Court *sua sponte*. On June 23, 2020, Plaintiff filed his Complaint [ECF No. 1]. A review of the record indicates that Defendant Officer Epson has not been served with the Complaint. Rule 4(m) of the Federal Rules of Civil Procedure requires service of the summons and complaint to be perfected upon defendants within 90 days after the filing of the complaint. It is therefore

**ORDERED AND ADJUDGED** that on or before **September 21, 2020**, Plaintiff shall perfect service upon Defendant Officer Epson or show good cause as to why his Complaint should not be dismissed as to Defendant Officer Epson for failure to perfect service of process. Failure to file proof of service or show good cause by **September 21, 2020** will result in a dismissal of Plaintiff's claims against Defendant Officer Epson without prejudice and without further notice.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 20th of August, 2020.

_____
**RODOLFO A. RUIZ II**

**UNITED STATES DISTRICT JUDGE**