UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

JOE ALCIDES RODRIGUEZ,

    Plaintiff,

vs.

SONIA QUIÑONES, in her official
Capacity as Chief of the Hallandale Beach
Police Department, and Officer MATTHEW
CASEY.

    Defendants.
_____/

CASE NO. 0:20-cv-61229-RAR

JURY TRIAL DEMANDED

## NOTICE OF FILING PROPOSED SUMMONS

Plaintiff, Joe Alcides Rodriguez, hereby files his proposed summons to OFFICER MATTHEW CASEY.

Respectfully submitted,

Eduardo A. Maura, Esq.
Luis F. Quesada, Esq.
*Attorneys for Plaintiff*
**Ayala Law, P.A.**
1390 Brickell Avenue, 335
Miami, FL 33131
305-570-2208 Phone
eayala@ayalalawpa.com
lawayala@gmail.com

By: */s/ Eduardo A. Maura*
    Eduardo A. Maura
    Florida Bar No. 91303