UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE #: 0:20-cv-61229-RAR

JOEL ALCIDES RODRIGUEZ,

    Plaintiff,

v.

SONIA QUIÑONES, in her official capacity as Chief of the Hallandale Beach Police Department, and Officer MATTHEW CASEY, individually.

    Defendants.
_____/

## DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendants, SONIA QUIÑONES, in her capacity as Chief of the Hallandale Beach Police Department, and MATTHEW CASEY, individually, hereby disclose the following pursuant to this Court's Interested Persons Order:

    1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action - including subsidiaries, conglomerates, affiliates, parent corporations, publicly traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    Alcides Rodriguez, Joel – Plaintiff

    Ayala Law, P.A. – Attorneys for Plaintiff

    Casey, Matthew – Defendant

    Garcia Menocal, Pastori & Irias, LLP – Attorneys for Plaintiff

Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A. - Attorneys for Defendants

Maura, Eduardo A. – Attorney for Plaintiff

Menocal, Jorge G. – Attorney for Plaintiff

Quesada, Luis F. – Attorney for Plaintiff

Quiñones, Sonia – Defendant

Stearns, Christopher J. – Attorney for Defendants

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases.

None

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

None.

## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that on this 16th day of November, 2020, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system or by email to all parties. I further certify that I either mailed the foregoing document and the Notice of Electronic Filing by first class mail to any non CM/ECF participants and/or the foregoing document was served via transmission of Notice of Electronic Filing generated by CM/ECF to any and all active CM/ECF participants.

               BY: */s/ Christopher J. Stearns*
                  CHRISTOPHER J. STEARNS
                  FLA. BAR NO. 557870
                  JOHNSON, ANSELMO, MURDOCH,
                  BURKE, PIPER & HOCHMAN, P.A.
                  **Attorneys for Defendant**
                  2455 East Sunrise Boulevard, Suite 1000
                  Fort Lauderdale, FL 33304
                  954/463-0100 Telephone
                  954/463-2444 Facsimile
                  Stearns@jambg.com /
                  lit-assistant@jambg.com

## SERVICE LIST

**EDUARDO A. MAURA, ESQ.**
**LUIS F. QUESADA, ESQ**.
AYALA LAW, PA
**Attorney for Plaintiff**
1390 Brickell Ave., Suite 335
Miami, FL 33131
(305) 570-2208 (Phone)
eayala@ayalalawpa.com

**JORGE G. MENOCAL, ESQ.**
GARCIA MENOCAL, PASTORI & IRIAS LLP
**Attorney for Plaintiff**
368 Minorca Ave.
Coral Gables, FL 33134
(305) 400-9652 (Phone)
jgm@gmilaw.com

**CHRISTOPHER J. STEARNS, ESQ.**
JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, PA
**Attorneys for Defendants**
2455 E. Sunrise Blvd., Suite 1000
Fort Lauderdale, FL 33304
stearns@jambg.com / lit-assistant@jambg.com
(954) 463-0100 (Phone)
(954) 463-2444 (Fax)