UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CIV-61229-RAR

**JOEL ALCIDES RODRIGUEZ,**

    Plaintiff,

v.

**SONIA QUIÑONES**, *in her official capacity as Chief of the Hallandale Police Department*, *et al.*,

    Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal [ECF No. 38] ("Notice"), filed on December 21, 2020. The Court having reviewed the Notice, the record, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED** *without prejudice*. The Clerk is instructed to mark this case **CLOSED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 22nd day of December, 2020.

_____
**RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE**

cc:    counsel of record